

# THE ADMINISTRATIVE BOARD OF HARVARD COLLEGE

## Reconsideration and appeals

Students have the option to request that the Administrative Board reconsider any of its decisions provided new materially relevant information becomes available or there is reasonable evidence of a procedural error. Students who believe they have sufficient grounds for reconsideration should consult with their resident dean, the Secretary of the Board, or their personal adviser (a faculty member or officer of the University affiliated with the Faculty of Arts and Sciences).

In keeping with Section 504 of the Rehabilitation Act of 1973, a student with a disability who believes that the Administrative Board did not properly consider any claims pertaining to his or her disability may seek further review from the Office of the University Disability Coordinator, including in disciplinary case decisions. For information on grievance procedures, visit the Harvard Accessibility Office website: http://accessibility.harvard.edu/grievance-procedures.

Students also have the option to appeal to the Faculty Council *disciplinary case decisions* of the Administrative Board, where the sanction has been a requirement to withdraw or probation for more than one term. Students may appeal because:

1) the Administrative Board made a procedural error;
2) the Administrative Board came to the wrong conclusion about whether Faculty rules were violated; or
3) based upon a review of the Administrative Board's annual disciplinary statistics, the sanction imposed by the Administrative Board was inconsistent with its usual practice in cases and therefore inappropriate.

Such appeals are first screened by the Docket Committee, a group of three elected representatives of the Faculty Council. All appeals must be filed within six months of the initial decision of the Administrative Board, and once a student has been awarded a degree from Harvard College the option to have the Board reconsider a decision or to appeal to the Faculty Council is closed.

Further information about the appeals process can be obtained from the Secretary of the Faculty, University Hall, First Floor (secfas@fas.harvard.edu; 617-495-3613).