# HARVARD Administrative Board: Reconsideration and Appeals Process
## COLLEGE

The Administrative Board has met and decided an outcome

## RECONSIDERATION PROCESS
*for any decision of the Administrative Board*

- Student submits a written statement to the Secretary of the Administrative Board
- The full Administrative Board meets and decides whether the student's request meets the guidelines for reconsideration
- If the case is reconsidered, the full Administrative Board meets and decides an outcome

**A student may request reconsideration if…**
1. New materially relevant information becomes available
2. There is reasonable evidence of procedural error

**A student may appeal because…**
1. The Administrative Board made a procedural error
2. The Administrative Board came to the wrong conclusion about whether Faculty rules were violated
3. Based upon a review of the annual disciplinary statistics of the Administrative Board, the sanction imposed by the Administrative Board was inconsistent with its usual practice in such cases and therefore inappropriate

A student may request a reconsideration and still have the option of appealing.

## APPEALS PROCESS
*for disciplinary cases where the sanction is Probation for more than one term or Requirement to Withdraw*

- Student submits a written statement of appeal to the Secretary of the Faculty, who forwards the statement to the Chair of the Administrative Board
- Chair of the Administrative Board responds to the Student's statement in writing. The Chair forwards the response statement and the original Board case materials to Secretary of the Faculty
- Secretary of the Faculty sends the Chair's response statement to the Student
- Student submits a final written statement to the Secretary of the Faculty responding to the Chair's statement
- Secretary of the Faculty sends all case materials and statements to the Docket Committee members, who decide whether the case merits an appeal
- If the grounds for an appeal are met, the Docket Committee forwards the case materials to the Faculty Council
- The Faculty Council receives all case materials, meets, and decides the outcome
- Secretary of the Faculty informs Student of the outcome

Harvard College Administrative Board
University Hall, First Floor
Cambridge, Massachusetts

(617) 384-7239
adboard@fas.harvard.edu
adboard.fas.harvard.edu

**EXHIBIT 7**

updated 08.2010