
Case 1:19-cv-12172-DJC   Document 8   Filed 11/07/19   Page 1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-12172-DJC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Harvard University
was received by me on *(date)* 10/29/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Marilyn G. Schriever, Legal Services Manager , who is
designated by law to accept service of process on behalf of *(name of organization)* Harvard University
_____ on *(date)* 10/30/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/30/2019

*Server's signature*

Jim Barina, Constable
*Printed name and title*

WRIT LEGAL, LLC
P.O. BOX 2249
ROCKVILLE, MD 20847
*Server's address*

Additional information regarding attempted service, etc:


WL13599