THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI<br><br>    Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>    Defendants. | C.A. No. 1:19-12172 |

## NOTICE OF APPEARANCE

Please enter the appearance of Victoria L. Steinberg as co-counsel for Defendants in the above-entitled action.[1]

    Respectfully submitted,

    THE PRESIDENT AND FELLOWS OF HARVARD
    COLLEGE; HARVARD UNIVERSITY; and
    HARVARD UNIVERSITY BOARD OF OVERSEERS,

    *By their attorneys*:

    */s/ Victoria Steinberg*
    Victoria L. Steinberg, BBO # 666482
    Todd & Weld LLP
    One Federal Street, 27th Floor
    Boston, MA  02110
    Telephone:  617-720-2626
    Fax:  617-227-5777
    vsteinberg@toddweld.com

Date:  November 14, 2019

---

[1] Plaintiff's Complaint incorrectly identifies the Harvard entities as "President and Fellows of Harvard College a/k/a Harvard Corporation, Harvard Board of Overseers, Harvard University, and the Peabody Museum of Archaeology and Ethnology."  The President and Fellows of Harvard College is the legal entity that comprises the various named defendants and is the only proper party to this litigation.  All other named Harvard entities, including the Peabody Museum, should be dismissed from this proceeding.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing through this Court's CM/ECF filing system this 14th day of November, 2019.

                                          /s/ *Victoria L. Steinberg*
                                          Victoria L. Steinberg