UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>             Plaintiff,<br><br>     v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>             Defendants. | Civil Action No. 1:19-cv-12172 |

**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College, by and through their undersigned attorneys, hereby move this Court for an Order dismissing Plaintiff Damilare Sonoiki's Complaint in its entirety. In support of this Motion, Defendants rely upon the accompanying: (1) Memorandum of Law and (2) Declaration of Patrick D. McKegney.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(d) of the Local Rules of the United States District Court for the District of Massachusetts, Defendants hereby request oral argument in connection with this Motion on the ground that such argument may assist the Court in connection with the issues presented herein.

## RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel for Defendants certifies that Defendants' counsel has conferred in good faith with counsel for Plaintiff in an effort to resolve or narrow the issues presented in this Motion.

WHEREFORE, Defendants respectfully request that this Court issue an Order dismissing the Complaint with prejudice.

Dated:  December 20, 2019             Respectfully submitted,

                                                */s/ Anton Metlitsky*
Anton Metlitsky (*pro hac vice*)
ametlitsky@omm.com
Patrick McKegney (*pro hac vice*)
pmckegney@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061

Apalla U. Chopra (*pro hac vice*)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407

Bradley N. Garcia (*pro hac vice*)
bgarcia@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:     (202) 383-5300
Facsimile:     (202) 383-5414

Victoria L. Steinberg, BBO #666482
Tara D. Dunn, BBO #699329
TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone:     (617) 624-4714
Facsimile:     (617) 624-4814
vsteinberg@toddweld.com
tdunn@toddweld.com

*Attorneys for Defendants,*
*Harvard University, Harvard University*
*Board of Overseers, and the President and*
*Fellows of Harvard College*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 20, 2019.

*/s/ Anton Metlitsky*
Anton Metlitsky (*pro hac vice*)