# EXHIBIT D

# FILED UNDER SEAL

## (Leave to File Under Seal Granted December 20, 2019)