# EXHIBIT E

# FILED UNDER SEAL

# (Leave to File Under Seal Granted December 20, 2019)