

# THE ADMINISTRATIVE BOARD OF HARVARD COLLEGE

## Membership

The membership of the Administrative Board explicitly includes those who have a strong link to undergraduate education and student life. Indeed, one of the strengths of Harvard's system is that every student in the College has, in his or her Resident Dean of Freshmen or Allston Burr Resident Dean, a representative on the Board.

MEMBERS OF THE ADMINISTRATIVE BOARD

Evelynn M. Hammonds, *Barbara Gutmann Rosenkrantz Professor of the History of Science and of African and African American Studies and Dean of Harvard College, Chair*
John (Jay) Ellison, *Associate Dean of Harvard College and Lecturer in Near Eastern Languages and Civilizations, Secretary*
Brett Flehinger, *Assistant Dean of Harvard College and Lecturer on History, Associate Secretary*
Anya Bernstein Bassett, *Director of Undergraduate Studies in Social Studies*
Noël Bisson, *Associate Dean of Harvard College*
Lisa Boes, *Allston Burr Resident Dean in Pforzheimer House and Lecturer in Social Studies*
Lauren Brandt, *Allston Burr Resident Dean in Leverett House and Lecturer on History and Literature*
Sue Brown, *Resident Dean of Freshmen (Elm Yard)*
Michael Burke, *Registrar of the Faculty of Arts and Sciences*
Michael Canfield, *Allston Burr Resident Dean in Eliot House and Lecturer on Organismic and Evolutionary Biology*
Caitlin Casey, *Interim Allston Burr Resident Dean in Lowell House and Lecturer on History and Literature*
Judith Flynn Chapman, *Allston Burr Resident Dean in Quincy House and Lecturer on Human Evolutionary Biology (on leave spring term)*
Jonas Clark, *Resident Dean of Freshmen (Oak Yard)*
Sarah Cole, *Acting Allston Burr Resident Dean in Dudley House and Lecturer on History and Literature (fall term only)*
William Cooper, *Resident Dean of Freshmen (Ivy Yard)*
Carlos Diaz, *Allston Burr Resident Dean in Dunster House and Lecturer on Government*
Thomas A. Dingman, *Dean of Freshmen*
William R. Fitzsimmons, *Dean of Admissions and Financial Aid*
Karen Flood, *Allston Burr Resident Dean in Dudley House and Lecturer on Studies of Women, Gender, and Sexuality (on leave fall term)*
Joseph D. Harris, *Higgins Professor of Mathematics*
Sharon Howell, *Allston Burr Resident Dean in Adams House and Lecturer on History and Literature*
Laura Johnson, *Allston Burr Resident Dean in Currier House and Lecturer on Studies of Women, Gender and Sexuality*
Luke Leafgren, *Allston Burr Resident Dean of Mather House and Lecturer on Near Eastern Languages and Civilizations*
Marlyn McGrath, *Director of Admissions for Harvard College*
Gregg Peeples, *Allston Burr Resident Dean in John Winthrop House and Lecturer on Government*
Catherine Shapiro, *Resident Dean of Freshmen (Crimson Yard)*
Emily Stokes-Rees, *Allston Burr Resident Dean in Cabot House and Lecturer on Anthropology*
Ece Turnator, *Acting Allston Burr Resident Dean in Quincy House (spring term only)*
Cory Way, *Allston Burr Resident Dean in Kirkland House and Lecturer on Sociology*
Robert M. Woollacott, *Professor of Biology*

In addition, the Board regularly invites to its meetings a number of non-voting guests who serve as advisers on student welfare or who maintain records of Board decisions. The Board also includes the President of the University and the Dean of the Faculty of Arts and Sciences, who, as *ex officio* members, do not regularly attend.

9.2012



# THE ADMINISTRATIVE BOARD OF HARVARD COLLEGE

## Membership

The membership of the Administrative Board explicitly includes those who have a strong link to undergraduate education and student life. Indeed, one of the strengths of Harvard's system is that every student in the College has, in his or her Resident Dean of Freshmen or Allston Burr Resident Dean, a representative on the Board.

### MEMBERS OF THE ADMINISTRATIVE BOARD

Donald H. Pfister, *Asa Gray Professor of Systematic Botany and Interim Dean of Harvard College, Chair*
John (Jay) Ellison, *Associate Dean of Harvard College and Lecturer in Near Eastern Languages and Civilizations, Secretary*
Brett Flehinger, *Assistant Dean of Harvard College and Lecturer on History, Associate Secretary*
Anya Bernstein Bassett, *Director of Undergraduate Studies in Social Studies*
Lauren Brandt, *Allston Burr Resident Dean in Leverett House and Lecturer on History and Literature*
Michael Burke, *Registrar of the Faculty of Arts and Sciences*
Michael Canfield, *Allston Burr Resident Dean in Eliot House and Lecturer on Organismic and Evolutionary Biology*
Caitlin Casey, *Allston Burr Resident Dean in Lowell House and Lecturer on History and Literature*
Madeleine Currie, *Resident Dean of Freshmen (Oak Yard)*
Carlos Diaz, *Allston Burr Resident Dean in Dunster House and Lecturer on Government*
Thomas A. Dingman, *Dean of Freshmen*
William R. Fitzsimmons, *Dean of Admissions and Financial Aid*
Karen Flood, *Allston Burr Resident Dean in Dudley House and Lecturer on Studies of Women, Gender, and Sexuality*
Judith Flynn, *Allston Burr Resident Dean in Quincy House and Lecturer on Human Evolutionary Biology*
Jay M. Harris, *Harry Austryn Wolfson Professor of Jewish Studies; Dean of Undergraduate Education*
Joseph D. Harris, *Higgins Professor of Mathematics*
Sharon Howell, *Allston Burr Resident Dean in Adams House and Lecturer on History and Literature (on leave fall term)*
Laura Johnson, *Allston Burr Resident Dean in Currier House and Lecturer on Studies of Women, Gender and Sexuality*
Gabriel Katsh, *Acting Allston Burr Resident Dean in Pforzheimer House*
Sean D. Kelly, *Professor of Philosophy*
Stephen Lassonde, *Dean of Student Life and Lecturer on History*
Luke Leafgren, *Allston Burr Resident Dean of Mather House and Lecturer on Near Eastern Languages and Civilizations*
Meghan Lockwood, *Acting Allston Burr Resident Dean of Adams House (fall term only)*
Marlyn McGrath, *Director of Admissions for Harvard College*
Gregg Peeples, *Allston Burr Resident Dean in John Winthrop House and Lecturer on Government*
Michael Ranen, *Resident Dean of Freshmen (Ivy Yard)*
Catherine Shapiro, *Resident Dean of Freshmen (Crimson Yard)*
Emily Stokes-Rees, *Allston Burr Resident Dean in Cabot House and Lecturer on Anthropology*
Jasmine Waddell, *Resident Dean of Freshmen (Elm Yard)*
Cory Way, *Allston Burr Resident Dean in Kirkland House and Lecturer on Sociology*
Robert M. Woollacott, *Professor of Biology*

In addition, the Board regularly invites to its meetings a number of non-voting guests who serve as advisers on student welfare or who maintain records of Board decisions. The Board also includes the President of the University and the Dean of the Faculty of Arts and Sciences, who, as *ex officio* members, do not regularly attend.