# Introduction

## Notice to Students

This website contains a concise review of the rules and procedures of Harvard College with which students are expected to be familiar. Included are the specific requirements for the AB and SB degrees. Specific requirements for each of the fields of concentration and secondary fields can be found under the Fields of Concentration and Secondary Fields headings. Included here is information on a number of the services, programs, and organizations that have been created to bring assistance and enrichment to a student's undergraduate experience. Throughout this website, "the Registrar" refers to the Office of the Registrar of the Faculty of Arts and Sciences.

Harvard University makes all decisions concerning applicants, students, faculty, and staff on the basis of the individual's qualifications to contribute to Harvard's educational objectives and institutional needs. Discriminating against individuals on the basis of race, color, sex, sexual orientation, gender identity, religion, age, national or ethnic origin, political beliefs, veteran status, or disability unrelated to job or course requirements is inconsistent with the purposes of a university and with the law. Harvard expects that those with whom it deals will comply with all applicable antidiscrimination laws.

In June of 2011, the completion or graduation rate for students who entered Harvard College as freshmen in September 2005 was 97 percent.

Review of academic, financial, and other considerations leads to changes in the policies, rules, and regulations applicable to students. The Faculty of Arts and Sciences therefore reserves the right to make changes at any time. These changes may affect such matters as tuition and all other fees, courses, degrees and programs offered (including the modification or possible elimination of degrees and programs), degree and other academic requirements, academic policies, rules pertaining to student conduct and discipline, fields or areas of concentration, and other rules and regulations applicable to students.

While every effort has been made to ensure that this book is accurate and up to date, it may include typographical or other errors. Changes are periodically made to this publication and will be incorporated in new editions.

Michael Burke, Registrar
Noël Bisson, Associate Dean of Undergraduate Education
John (Jay) Ellison, Associate Dean of Harvard College

# Life in the Harvard Community

## Housing Policies and Deadlines

Housing Policy

Those Who Will Ordinarily Be Housed

Those Who Will Be Housed on a Space-Available Basis Only

Housing Contract

Summer Occupancy of the Houses

Occupancy of the Dorms and Houses between Fall and Spring Terms

## Housing Policy

All freshmen are required to live on campus. Most upperclass students also live in College housing; those who choose to live elsewhere must submit the Housing Contract Cancellation form.

All students living in College dormitories and Houses are required to purchase full-board contracts and be familiar with the undergraduate housing license contract. Below is information about applying for and canceling housing:

1.  At the beginning of their residence in the College, all students are required to sign a Housing Contract. This contract remains binding for all the terms a student is in residence, and is cancelled by graduation or by the submission of a Housing Contract Cancellation form. It is renewed by the timely submission of a Returning Student Housing Application.

2.  Students who are on a leave of absence or required to withdraw and intend to return to College Houses must notify the Office of Student Life of their intention to return by filing a Returning Student Housing Application (which can be obtained at www.osl.fas.harvard.edu) by the dates given below. A student who has filed an application to return to residential housing for one term and subsequently decides to return for the following term must submit a new Housing Contract Cancellation Form and a new Returning Student Housing Application.

historical and/or comparative context.

In general, students should plan to take one General Education course per term. There are, however, no constraints regarding the timing of the requirements as long as all are completed by graduation. First-year students often find that General Education courses are useful for exploring potential concentrations. Other students use the General Education requirements to add some variety to their course of study.

**Switching from the Core Requirement to the General Education Requirement**

Students who entered Harvard College in September 2008 or earlier are expected to fulfill the requirements of the Core Curriculum, but will be permitted to switch to the Program in General Education if such a change is possible and advisable given their overall schedule and plan of study. Interested students should discuss their situation with their Resident Dean, who must approve any change of requirements. Students must complete the process and submit signed paperwork to the Registrar's Office by the fifth Monday of their final term in residence.

To switch to General Education, students must access the online Plan of Study Tool, which can be found on the Registrar's website at: http://www.registrar.fas.harvard.edu/fasro/ugrad/plan_of_study.jsp. A brief tutorial explaining how to complete the tool can be found at the bottom of that webpage. Additional information can be found in the "Policy" section of the General Education website (www.generaleducation.fas.harvard.edu).

## Program in General Education Policies

**Statement of Principles**

In all cases, these policies are designed to provide students with flexibility to pursue a variety of educational opportunities. In general, General Education requirements will be proportional to the number of terms a student spends in residence at Harvard. Students may not reduce their requirements by more than one category in specified clusters, thus maintaining breadth in their overall program. The Program in General Education has the right to approve or deny requests for exceptions.

**Minimum General Education Requirement**

In all cases, students must complete a minimum of four half-courses in General Education through regular coursework at Harvard College, one of which must engage substantially with the study of the past.

# Academic Information

### Leaves of Absence

Voluntary Leaves of Absence (Granted by Petition)

    Use of College Services and Facilities
    Corse Work Done Out of Residence
    Returning to College

Involuntary Leaves of Absence

### Voluntary Leaves of Absence (Granted by Petition)

Students who wish to interrupt their studies at any time before graduation must petition the Administrative Board for a leave of absence. Petition forms are available from, and must be submitted to, the Resident Dean.

Students whose previous academic and disciplinary record is satisfactory and who have petitioned by the seventh Monday of the term will normally be granted a "leave of absence." Students who petition after the seventh Monday of the term will normally be granted a "leave of absence—late in the term." Students who are not in good standing may be granted a "leave of absence—on probation." Students who petition for a leave of absence after the Thanksgiving holiday in the fall term or after April 15 in the spring term ordinarily will not be allowed to register in the next academic term. No petitions for a leave of absence for any term will ordinarily be considered after the first day of Reading Period for that term.

A student who is granted a leave of absence during the academic year is charged tuition, room rent, the Student Services Fee, and board to the end of the period in which he or she leaves, as indicated on the chart Students' Financial Obligations in the Event of a Leave of Absence or Requirement to Withdraw and in Housing Policy.

Students who have signed a room contract to live in College housing and subsequently decide to take a leave of absence must notify the Office of Student Life, University Hall, Ground Floor North, in writing of their intention not to take up residence. The purpose of this policy is to enable Houses to make unoccupied rooms available to other students as early as possible (for deadlines, see Housing Policy).