UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI<br><br>        Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>        Defendants. | Civil Action No. 1:19-cv-12172 |

### DEFENDANTS' MOTION FOR LEAVE TO REPLY TO PLANTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), Defendants Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College (together "Harvard")[1] respectfully move for leave to file a brief reply of no more than seven (7) pages in length by February 4, 2020 to assist the Court in resolving the new legal arguments and mischaracterization of legal standards set forth by Plaintiff Damilare Sonoiki's opposition ("Opposition") to Harvard's Motion to Dismiss.  In further support of this request, Harvard states the following:

      1.      Harvard filed its Motion to Dismiss Plaintiff's claims on December 20, 2019. Dkt. No. 23.

---

[1] Plaintiff's Complaint incorrectly identifies the Harvard entities as "Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College." President and Fellows of Harvard College is the legal entity that comprises the various named defendants and is the only proper party to this litigation.  All other Harvard entities should be dismissed from this proceeding.

2. Mr. Sonoiki filed his Opposition to Harvard's Motion to Dismiss on January 17, 2020. Dkt. No. 30. That Opposition contains novel legal arguments and mischaracterizations of legal standards applicable to this matter.

3. In order to address the issues raised in the Opposition, Harvard requests up to seven (7) pages to reply. Harvard requests a deadline of February 4, 2020 by which to file that reply.

4. Harvard submits that the reply will allow Harvard to fully and appropriately address Mr. Sonoiki's legal and factual contentions raised in his Opposition and will facilitate the Court's consideration of Harvard's Motion to Dismiss.

5. Neither party will be prejudiced by allowance of this Motion. The Court has scheduled oral argument on Harvard's Motion to Dismiss for February 25, 2020, and Harvard is filing an assented-to motion to reschedule that hearing to February 28, 2020. Allowance of the instant motion will not require a change to any scheduling order or deadline in this case.

6. Harvard has conferred with counsel for the Plaintiff, who indicated that Plaintiff does not assent to the filing of a reply.

WHEREFORE, Harvard respectfully requests that the Court grant leave for Harvard to file a reply brief of no more than seven (7) pages in length, to be filed by February 7, 2020.

Respectfully submitted,

*/s/ Tara D. Dunn*
Anton Metlitsky (*pro hac vice*)
ametlitsky@omm.com
Patrick D. McKegney (*pro hac vice*)
pmckegney@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

Apalla U. Chopra (*pro hac vice*)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

Bradley N. Garcia (*pro hac vice*)
bgarcia@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

Victoria L. Steinberg, BBO #666482
Tara D. Dunn, BBO #699329
TODD & WELD LLP
One Federal Street
Boston, MA 02110
Telephone:    (617) 624-4714
Facsimile:    (617) 624-4814
vsteinberg@toddweld.com
tdunn@toddweld.com

*Attorneys for Defendants,
Harvard University, Harvard Board of
Overseers, and President and Fellows of
Harvard College*

## CERTIFICATE OF COMPLIANCE WITH RULE 7.1

Undersigned counsel hereby certifies that counsel for Harvard conferred with counsel for Mr. Sonoiki on January 22, 2020. Mr. Sonoiki's counsel indicated that Plaintiff assents to the relief requested herein.

/s/ *Tara D. Dunn*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2020.

/s/ *Tara D. Dunn*