UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE<br><br>　　　　Defendants. | Civil Action No. 1:19-cv-12172 |

**DEFENDANTS' ASSENTED-TO MOTION TO RESCHEDULE HEARING**

Defendants Harvard University, Harvard University Board of Overseers, and the

President and Fellows of Harvard College (together "Harvard")[1] respectfully move to reschedule

the hearing on Harvard's Motion to Dismiss ("Hearing") currently scheduled for February 25,

2020 to February 28, 2020.

In further support hereof, Harvard states the following:

1. On January 21, 2020, this Court scheduled oral argument on Harvard's Motion to

Dismiss for February 25, 2020 at 2:00pm.  Dkt. No. 31.

2. Due to the school vacation schedule of the families of several Harvard attorneys, and

---

[1] Plaintiff's Complaint incorrectly identifies the Harvard entities as "Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College." President and Fellows of Harvard College is the legal entity that comprises the various named defendants and is the only proper party to this litigation.  All other Harvard entities should be dismissed from this proceeding.

previously-scheduled deadlines in unrelated matters, Harvard counsel respectfully requests to reschedule the motion to dismiss hearing.

      3.   Harvard coordinated with counsel to Plaintiff Damilare Sonoiki to identify alternative dates feasible for both parties.  Plaintiff's counsel assents to the proposed February 28, 2020 hearing date.

      4.   No party will be prejudiced by moving the hearing date from February 25, 2020 to February 28, 2020.

      WHEREFORE, Harvard respectfully requests that the Court grant Harvard's motion to reschedule the Hearing to February 28, 2020.

Dated: January 23, 2020

Respectfully submitted,


*/s/ Tara D. Dunn*

Anton Metlitsky (*pro hac vice*)
ametlitsky@omm.com
Patrick D. McKegney (*pro hac vice*)
pmckegney@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061

Apalla U. Chopra (*pro hac vice*)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:     (213) 430-6000
Facsimile:     (213) 430-6407

Bradley N. Garcia (*pro hac vice*)
bgarcia@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:     (202) 383-5300
Facsimile:     (202) 383-5414

Victoria L. Steinberg, BBO #666482
Tara D. Dunn, BBO #699329
TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone:     (617) 624-4714
Facsimile:     (617) 624-4814
vsteinberg@toddweld.com
tdunn@toddweld.com

*Attorneys for Defendants,*

3

*Harvard University, Harvard Board of
Overseers, and President and Fellows of
Harvard College*

## CERTIFICATE OF COMPLIANCE WITH RULE 7.1

Undersigned counsel hereby certifies that counsel for Harvard conferred with counsel for Mr. Sonoiki on January 22, 2020.  Mr. Sonoiki's counsel indicated that Plaintiff assents to the relief requested herein.

/s/ *Tara D. Dunn*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 23, 2020.

/s/ *Tara D. Dunn*