UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**DAMILARE SONOIKI**

V.   CIVIL ACTION NO. **19-12172-DJC**

**HARVARD UNIVERSITY**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Memorandum and Order dated June 22, 2020, the Court Orders that Defendant's Motion to Dismiss is Allowed and the above-entitled action be and hereby is DISMISSED.

June 22, 2020   /s/ Lisa M. Hourihan
　　　　　　　　　Deputy Clerk