# United States Court of Appeals
## For the First Circuit

No. 20-1689

DAMILARE SONOIKI,

Plaintiff, Appellant,

v.

HARVARD UNIVERSITY; HARVARD UNIVERSITY BOARD OF OVERSEERS; THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendants, Appellees.

**JUDGMENT**

Entered: June 14, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment dismissing Damilare Sonoiki's complaint is reversed in part and affirmed in part, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs awarded to Appellant.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Denise Jefferson Casper, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Tara Jill Davis, Susan Stone, Kristina W. Supler, Victoria L. Steinberg, Apalla U. Chopra, Patrick D. McKegney, Anton Metlitsky, Tara D. Dunn