UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI, | ) CIVIL CASE NO. 1:19-cv-12172- LTS |
| | ) |
| Plaintiff, | ) JUDGE LEO T. SOROKIN |
| | ) |
| v. | ) |
| | ) |
| HARVARD UNIVERSITY, et al. | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S LOCAL RULE 16.1(d)(3) CERTIFICATION

Pursuant to Local R. 16.1(d)(3), Plaintiff affirms that he has conferred with counsel: (a) with a view to establishing a budget for costs of conducting the full course – and various alternative costs – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local R. 16.4.

Respectfully submitted,

Plaintiff

_____
Damilare Sonoiki

KOHRMAN JACKSON & KRANTZ LLP

/s/   Susan C. Stone                    .
SUSAN C. STONE (*pro hac vice*)
KRISTINA W. SUPLER (*pro hac vice*)
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
Email: scs@kjk.com; kws@kjk.com

NESENOFF & MILTENBERG, LLP

TARA J. DAVIS (BBO # 675346)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com

*Counsel for Plaintiff Damilare Sonoiki*

4859-6545-8218, v. 1