UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>    Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Defendants. | Civil Action No. 1:19-cv-12172 |

## **DEFENDANTS' CERTIFICATION PURSUANT TO RULE 16.1(d)(3)**

Pursuant to Rule 16.1(d)(3) of the Local Rules of the United States District Court for the District of Massachusetts, undersigned counsel for Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College certify that they have conferred with their clients to (1) establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (2) consider the resolution of the litigation through the use of alternative resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

DATE: July 18, 2022

*/s/ Victoria L. Steinberg*
Victoria L. Steinberg, BBO #666482
Tara D. Dunn, BBO #699329
TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone:     (617) 624-4714
Facsimile:      (617) 624-4814
vsteinberg@toddweld.com
tdunn@toddweld.com

Anton Metlitsky (*pro hac vice*)
ametlitsky@omm.com
Patrick McKegney (*pro hac vice*)
pmckegney@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:     (212) 326-2000
Facsimile:      (212) 326-2061

Apalla U. Chopra (*pro hac vice*)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

*Attorneys for Defendants,*
*Harvard University, Harvard University*
*Board of Overseers, and the President and*
*Fellows of Harvard College*

**Affirmed:**

*/s/ Ellen Fels Berkman*
Ellen Fels Berkman
Harvard University Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 18, 2022.

                                                       */s/ Victoria L. Steinberg*
                                                        Victoria L. Steinberg