UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DAMILARE SONOIKI,** | ) | CIVIL CASE NO. 1:19-cv-12172-LTS |
| | ) | |
| Plaintiff, | ) | JUDGE LEO T. SOROKIN |
| | ) | |
| v. | ) | |
| | ) | |
| **HARVARD UNIVERSITY, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF AMENDED COMPLAINT

In accordance with the Court's deadline to amend the pleadings set for August 12, 2022, and with the assent of Defendants, Plaintiff Damilare Sonoiki is filing an Amended Complaint in the above-captioned case.

    Respectfully Submitted,

    **KOHRMAN JACKSON & KRANTZ LLP**

    */s/ Susan C. Stone*
    SUSAN C. STONE (OH 64445) (*pro hac vice*)
    KRISTINA W. SUPLER (OH 80609) (*pro hac vice*)
    1375 East Ninth Street, 29th Floor
    Cleveland, Ohio 44114-1793
    Telephone: (216) 696-8700
    Facsimile: (216) 621-6536
    Email: scs@kjk.com; kws@kjk.com

**NESENOFF & MILTENBERG, LLP**

*/s/ Tara J. Davis*
TARA J. DAVIS (BBO # 675346)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com

*Counsel for Plaintiff Damilare Sonoiki*

# CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this August 11, 2022.

*/s/ Susan C. Stone*
SUSAN C. STONE (OH 64445) (*pro hac vice*)

2