

# Administrative Board: Disciplinary Process
*for allegations involving a peer dispute*

**Complainant submits a written statement to the Secretary of the Administrative Board**

**The Secretary of the Administrative Board notifies the respondent of the allegation. The respondent prepares a written statement responding to the allegation**

**The Students review each other's statements and respond in writing to the Secretary**

**What is a charge?**
A charge is the decision by the Board to pursue a case against the respondent

**A Charge is issued if…**
1. The behavior alleged is a violation of the rules of the Faculty of Arts and Sciences; and
2. There is additional information that can be obtained by the fact finder and subcommittee through investigation

**A charge recommendation doesn't mean that anyone is at fault,** just that there is enough information to for the Administrative Board to hear the case. The fact finder will pursue other information about the case and interview people who were referred by the complainant and the respondent

**When reviewing the charge recommendation, the Board will take one of three actions:**
1. Issue a charge and refer the matter back for further investigation;
2. Bracket, or postpone, the decision for additional specific information; or
3. Decline to issue a charge and not pursue a case against the respondent unless additional evidence comes to light

**If appropriate, a fact finder is appointed by the Dean the College. The fact finder and a Subcommittee of the Board meet with the Students, and may pursue other sources of information**

**The Subcommittee issues a charge recommendation. The full Administrative Board reviews the charge recommendation and decides whether to issue a charge in the case**

**If a charge has been issued, the fact finder leads a full investigation of the case at the direction of the Subcommittee**

**The Subcommittee receives all materials and meets with the Students. The fact finder and the Subcommittee write a Disciplinary Case Report (DCR) that is sent by the Secretary to the Students**

The fact finder is ordinarily an independent consultant with conflict resolution experience hired by the College.

**The Complainant and the Respondent submit a written response to the DCR to the Secretary**

Student will be notified by the Resident Dean of the decision of the Board.

**All materials are sent to the full Administrative Board, which meets and decides the outcome**

**Harvard College Administrative Board**
University Hall, First Floor
Cambridge, Massachusetts

(617) 384-7239
adboard@fas.harvard.edu
adboard.fas.harvard.edu

**EXHIBIT 5**
updated 8.2010