UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HARVARD UNIVERSITY, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:19-cv-12172-LTS |

**JOINT MOTION TO EXTEND THE SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants and Plaintiff jointly move this Court for a 45-day extension of time to complete fact discovery.

In support thereof, the parties state the following:

1. On August 31, 2022, the parties served initial disclosures.

2. On September 13, 2022, Plaintiff served his initial discovery requests, including 42 requests for production, 18 interrogatories, and 21 requests for admission. Defendants' responses and objections are due October 13, 2022.

3. On September 14, 2022, Defendants served their initial discovery requests, including 23 requests for production, and 13 interrogatories. Plaintiff's responses and objections are due October 14, 2022.

4. Fact discovery is currently scheduled to close on November 30, 2022. The parties are cooperating with one another to schedule depositions and accommodate witness schedules, but anticipate they will need additional time to do so, and to meet and confer to address outstanding discovery issues after Plaintiff and Defendants serve discovery responses and objections.

5. Defendants also expect they will be undertaking an ESI review of document

custodians in response to Plaintiff's discovery requests in order to identify and produce documents relevant to those requests. That process will require additional time.

6. This is the parties' first request to extend discovery, and no additional dates beyond the close of fact discovery are currently scheduled.

7. The parties have conferred about this request, and agree that neither party will be prejudiced by the extension requested herein.

For all of these reasons, the parties respectfully request that the Court issue an Order amending the previously-ordered deadlines as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Deadline for Discovery Requests | October 14, 2022 | November 28, 2022 |
| Close of Fact Discovery | November 30, 2022 | January 16, 2023 |
| Status Conference to set a schedule for experts (if necessary), summary judgment motions, and discuss mediation | December 2, 2022 | January 18, 2023 |

Dated: October 11, 2022

Respectfully submitted,

/s/ *Susan C. Stone*
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
KOHRMAN JACKSON & KRANTZ LLP
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
Email: scs@kjk.com; kws@kjk.com

Tara J. Davis (BBO # 675346)
NESENOFF & MILTENBERG, LLP
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com

*Attorney for Plaintiff Damilare Sonoiki*

/s/ *Victoria L. Steinberg*
Victoria L. Steinberg, BBO #666482
Tara D. Dunn, BBO #699329
TODD & WELD LLP
One Federal Street
Boston, MA  02110
Telephone:    (617) 624-4714
Facsimile:    (617) 624-4814
vsteinberg@toddweld.com
tdunn@toddweld.com

Anton Metlitsky (*pro hac vice*)
ametlitsky@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

Apalla U. Chopra (*pro hac vice*)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

*Attorneys for Defendants,*
*Harvard University, Harvard University*
*Board of Overseers, and the President and*
*Fellows of Harvard College*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 11, 2022.

/s/ *Victoria Steinberg*
Victoria Steinberg