UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI, <br><br> Plaintiff, <br><br> v. <br><br><br> HARVARD UNIVERSITY, et al., <br><br> Defendants. | Civil Action No. 1:19-cv-12172-LTS |

### NOTICE OF APPEARANCE

Please take notice that Anna E. Bullock of the law firm Kohrman Jackson & Krantz LLP hereby enters her appearance as counsel for Plaintiff Damilare Sonoiki in the above-captioned case. The undersigned requests all future pleadings, notices, and other communications by the Court concerning this matter be served upon her. Susan C. Stone, Kristina W. Supler, and Tara J. Davis shall continue to serve as counsel in this matter.

    Respectfully Submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/      Anna E. Bullock*
SUSAN C. STONE (*pro hac vice*)
KRISTINA W. SUPLER (*pro hac vice*)
ANNA E. BULLOCK (*pro hac vice*)
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
Email: scs@kjk.com; kws@kjk.com; aeb@kjk.com

**NESENOFF & MILTENBERG, LLP**

TARA J. DAVIS (BBO # 675346)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com
*Counsel for Plaintiff Damilare Sonoiki*

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this November 21, 2022.

*/s/     Anna E. Bullock*
ANNA E. BULLOCK (*pro hac vice*)

2