UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>HARVARD UNIVERSITY, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:19-cv-12172-LTS |

**PLAINTIFF'S MOTION TO BIFURCATE DISPOSITIVE MOTIONS BRIEFING SCHEDULE INTO PHASES CONCERNING LIABILITY AND DAMAGES**

Now comes Plaintiff Damilare Sonoiki, ("Plaintiff" or "Damilare") by and through counsel, to request separate, sequential phases of briefing dispositive motions: first concerning liability, and then damages (the "Motion"). For all of the reasons set forth in the accompanying Memorandum in Support, Plaintiff respectfully requests that the Motion be granted.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　**KOHRMAN JACKSON & KRANTZ LLP**

　　　　　　　　　　　　　　　　　*/s/　　Anna E. Bullock*
　　　　　　　　　　　　　　　　　SUSAN C. STONE (*pro hac vice*)
　　　　　　　　　　　　　　　　　KRISTINA W. SUPLER (*pro hac vice*)
　　　　　　　　　　　　　　　　　ANNA E. BULLOCK (*pro hac vice*)
　　　　　　　　　　　　　　　　　1375 East Ninth Street, 29th Floor
　　　　　　　　　　　　　　　　　Cleveland, Ohio 44114-1793
　　　　　　　　　　　　　　　　　Telephone: (216) 696-8700
　　　　　　　　　　　　　　　　　Facsimile: (216) 621-6536
　　　　　　　　　　　　　　　　　Email: scs@kjk.com; kws@kjk.com

**NESENOFF & MILTENBERG, LLP**

TARA J. DAVIS (BBO # 675346)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com
*Counsel for Plaintiff Damilare Sonoiki*

ii

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies that Plaintiff has conferred with opposing counsel concerning this request and opposing counsel indicated that Defendants object and will oppose the Motion.

Dated: December 16, 2022              Respectfully Submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/      Anna E. Bullock*
SUSAN C. STONE (*pro hac vice*)
KRISTINA W. SUPLER (*pro hac vice*)
ANNA E. BULLOCK (*pro hac vice*)
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
Email: scs@kjk.com; kws@kjk.com

**NESENOFF & MILTENBERG, LLP**

TARA J. DAVIS (BBO # 675346)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com
*Counsel for Plaintiff Damilare Sonoiki*

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this December 22, 2022.

/s/   *Anna E. Bullock*
ANNA E. BULLOCK (*pro hac vice*)