UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>HARVARD UNIVERSITY, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:19-cv-12172-LTS |

**PROPOSED JOINT SCHEDULE FOR HARVARD'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff and Defendants Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College (together, "Harvard") jointly propose the following schedule for summary judgment. Plaintiff no longer plans to move for summary judgment against Harvard. Accordingly, Harvard proposes the following summary judgment schedule to govern its motion:

| Event | Proposed Deadline |
|---|---|
| Summary Judgment | May 31, 2023 |
| Opposition | June 21, 2023 |
| Reply | July 12, 2023 |

1

Harvard seeks an additional fourteen days to file its Reply brief than what is allotted in this Court's Standing Order Regarding Briefing of Summary Judgment Motions, given existing work and vacation schedules, and the July 4 holiday. Plaintiff does not oppose.

For all of these reasons, the parties respectfully request that the Court issue an order adopting the above schedule to govern Harvard's summary judgment motion.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Anna E. Bullock* | /s/ *Victoria Steinberg* |
| Susan C. Stone (*pro hac vice*) | Victoria L. Steinberg, BBO #666482 |
| Kristina W. Supler (*pro hac vice*) | TODD & WELD LLP |
| Anna E. Bullock (*pro hac vice*) | One Federal Street |
| KOHRMAN JACKSON & KRANTZ LLP | Boston, MA  02110 |
| 1375 East Ninth Street, 29th Floor | Telephone:     (617) 624-4714 |
| Cleveland, Ohio 44114-1793 | Facsimile:      (617) 624-4814 |
| Telephone: (216) 696-8700 | vsteinberg@toddweld.com |
| Facsimile: (216) 621-6536 | tdunn@toddweld.com |
| Email: scs@kjk.com; kws@kjk.com; aeb@kjk.com | |
| | Anton Metlitsky (*pro hac vice*) |
| | ametlitsky@omm.com |
| | O'MELVENY & MYERS LLP |
| Tara J. Davis (BBO # 675346) | 7 Times Square |
| NESENOFF & MILTENBERG, LLP | New York, NY 10036 |
| 101 Federal Street, 19th Floor | Telephone:     (212) 326-2000 |
| Boston, Massachusetts 02110 | Facsimile:      (212) 326-2061 |
| Telephone: (617) 209-2188 | |
| Facsimile: (212) 736-2260 | Apalla U. Chopra (*pro hac vice*) |
| Email: Tdavis@nmllplaw.com | achopra@omm.com |
| | O'MELVENY & MYERS LLP |
| *Attorney for Plaintiff Damilare Sonoiki* | 400 South Hope Street |
| | Los Angeles, CA 90071 |
| | Telephone:     (213) 430-6000 |
| | Facsimile:      (213) 430-6407 |
| | |
| | *Attorneys for Defendants,* |
| | *Harvard University, Harvard University* |
| | *Board of Overseers, and the President and* |
| | *Fellows of Harvard College* |

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this January 25, 2023.

/s/     Anna E. Bullock
ANNA E. BULLOCK (*pro hac vice*)