UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI, <br><br> Plaintiff, <br><br> v. <br><br> HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, <br><br> Defendants. | Civil Action No. 1:19-cv-12172 |

## AFFIDAVIT OF DAVID COHEN

I, David Cohen, hereby state as follows:

1. I am an attorney and associate in the law firm O'Melveny & Myers LLP, Times Square Tower, 7 Times Square, New York, NY 10036.

2. I am a member in good standing of the bar of New York.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. My firm represents Defendants Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College in the above-captioned action, and I respectfully request admission to the Bar of this Court *pro hac vice*.

Signed under penalties of perjury this 25th day of January, 2023.

                                                          */s/ David Cohen*
                                                          David Cohen