UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAMILARE SONOIKI | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:19-cv-12172 |
| v. | ) | |
| | ) | |
| HARVARD UNIVERSITY, | ) | |
| HARVARD UNIVERSITY BOARD | ) | |
| OF OVERSEERS, and | ) | |
| THE PRESIDENT AND FELLOWS | ) | |
| OF HARVARD COLLEGE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of David Cohen (*pro hac vice*) as co-counsel for Defendants in the above-entitled action.[1]

Respectfully submitted,

HARVARD UNIVERSITY,
HARVARD UNIVERSITY BOARD OF
OVERSEERS, AND THE PRESIDENT AND
FELLOWS OF HARVARD COLLEGE

*By its attorney:*

/s/ David Cohen
David Cohen (*pro hac vice*)
dcohen@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY  10036
Telephone: (212) 326-2000
Facsimile:  (212) 326-2061

Date: January 31, 2023

---

[1] The Amended Complaint incorrectly identifies the Harvard entities as "Harvard University, Harvard University Board of Overseers, and the [sic] President and Fellows of Harvard College." President and Fellows of Harvard College is the legal entity for Harvard and is the only proper party to this litigation.

## CERTIFICATE OF SERVICE

    I, David Cohen, herby certify that on this 31st day of January, 2023, a true copy of the foregoing was filed through the ECF System, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be served upon anyone indicated as a non-registered participant.

                                                                   */s/ David Cohen*
                                                                     David Cohen