UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>Plaintiff,<br><br>v.<br><br><br>HARVARD UNIVERSITY, et al.,<br><br>Defendants. | Civil Action No. 1:19-cv-12172-LTS |

## NOTICE OF PLAINTIFF'S WITHDRAWAL OF CLAIM FOR DAMAGES RELATED TO PSYCHOLOGICAL/EMOTIONAL DISTRESS ONLY

Now comes Plaintiff Damilare Sonoiki, ("Plaintiff" or "Damilare") by and through counsel, and submits this notice of withdrawal of his claim for mental anguish and psychological/emotional distress damages *only*. All other causes of action as alleged in Plaintiff's Amended Complaint [ECF No. 63] and all other damages claims asserted by Plaintiff shall remain.

Dated: February 1, 2023

                                                  Respectfully Submitted,

                                                  **KOHRMAN JACKSON & KRANTZ LLP**

                                                  */s/     Anna E. Bullock*
                                                  SUSAN C. STONE (*pro hac vice*)
                                                  KRISTINA W. SUPLER (*pro hac vice*)
                                                  ANNA E. BULLOCK (*pro hac vice*)
                                                  1375 East Ninth Street, 29th Floor
                                                  Cleveland, Ohio 44114-1793
                                                  Telephone: (216) 696-8700
                                                  Facsimile: (216) 621-6536
                                                  Email: scs@kjk.com; kws@kjk.com

**NESENOFF & MILTENBERG, LLP**

TARA J. DAVIS (BBO # 675346)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com
*Counsel for Plaintiff Damilare Sonoiki*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this February 1, 2023.

                                    */s/     Anna E. Bullock*
                                  ANNA E. BULLOCK (*pro hac vice*)