UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAMILARE SONOIKI,

       Plaintiff,

  v.

HARVARD UNIVERSITY, et al.,

       Defendants.

Civil Action No. 1:19-cv-12172-LTS

## DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS STEVEN D. SHEDLIN, CHAD L. STALLER, AND STEPHEN M. DRIPPS

Defendants Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College ("Harvard")[1] hereby move the Court to exclude in its entirety the testimony of Plaintiff's experts Steven D. Shedlin, Chad L. Staller, and Stephen M. Dripps.  As further explained in the accompanying Memorandum of Law in Support of Harvard's Motion, the Motion should be granted because Plaintiff's experts' fail to satisfy the requirements of Federal Rules of Evidence 702 and 703.  Harvard respectfully requests that the Court exclude the opinions of Plaintiff's proffered experts prior to the parties' May 31, 2023, deadline to move for summary judgment.  Harvard intends to raise several causation and damages-related issues on summary judgment, and a resolution to the Motion prior to summary judgment will permit the parties to address those issues efficiently and consistent with the scope of evidence to be considered by this Court at summary judgment and/or at trial.

---

[1] Plaintiff's Complaint incorrectly identifies the Harvard entities as "Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College."  The President and Fellows of Harvard College is the legal entity that comprises the various named defendants and is the only proper party to this litigation.

Dated: April 19, 2023                    Respectfully submitted,

_/s/ Anton Metlitsky_

Anton Metlitsky (*pro hac vice*)
ametlitsky@omm.com
David Cohen (*pro hac vice*)
dcohen@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:      (212) 326-2000
Facsimile:      (212) 326-2061

Apalla U. Chopra (*pro hac vice*)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
Telephone:      (213) 430-6000
Facsimile:      (213) 430-6407

Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
Rebecca M. O'Brien (BBO #693592)
robrien@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
33 Arch Street, Suite 3150
Boston, MA  02110
Telephone:      (617) 481-0160

*Attorneys for Defendants,*
*Harvard University, Harvard University*
*Board of Overseers, and the President and*
*Fellows of Harvard College*

## **LOCAL RULE 7.1(a)(2) CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), Defendants' counsel conferred with Plaintiff's counsel on April 19, 2023, in an effort to resolve or narrow the issues presented in this Motion.  Plaintiff's counsel indicated that Plaintiff does not assent to the relief requested herein.

*/s/ Anton Metlitsky*
Anton Metlitsky

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 19, 2023.

*/s/ Anton Metlitsky*
Anton Metlitsky