# EXHIBIT A

# CONFIDENTIALLY FILED UNDER SEAL