# **EXHIBIT F**



Notifications Powered By

🏠 > **Terms And Conditions**

# Terms And Conditions

These are the "Terms and Conditions" under which you may use WallStreetOasis.com. Please read this page carefully including the Privacy Policy linked at the bottom of this page. If you do not accept the Terms and Conditions and Privacy Policy stated here, do not use this web site or any services offered by this web site.

By using this web site, you are indicating your acceptance to be bound by the terms of these Terms and Conditions and Privacy Policy. IB Oasis Corp. (the "Company") may revise these Terms and Conditions and Privacy Policy at any time by updating this posting. You should visit this page periodically to review the Terms and Conditions and Privacy Policy, because they are binding on you. The terms "You" and "User" as used herein refer to all individuals and/or entities accessing this web site for any reason.

Neither WallStreetOasis.com, IB Oasis Corp. nor employees of IB Oasis Corp. are investment advisors. The purpose of this website is NOT to give any advice on your personal investment strategy. If you base your investment decisions on content of this website, you may lose part or all of your money.

You should not violate any other law or regulation, including, without limitation, the rules and regulations of the U.S. Securities and Exchange Commission and the national or other securities exchanges, especially including the rule against making false or misleading statements to manipulate the price of a security or the rule requiring you to disclose any compensation you may receive for describing a security.

You should not access WallStreetOasis.com by any means other than through the interfaces we provide for use in accessing our services or use any automated means, including, without limitation, agents, robots, scripts, or spiders, to access, monitor, copy, or harvest data from any part of our sites, except those automated means that we have approved in advance and in writing.

The Company, in its sole discretion, reserves the right to remove any postings, or deny access by any individuals, for any reason or no reason. If you see something that you feel is a violation of the these Terms and Conditions, please notify us by emailing wallstreetoasis@wallstreetoasis.com. We reserve the right to change the Terms and Conditions at any time. Changes will be posted on the applicable web page.

Use of Material.

Notifications Powered By

The Company authorizes you to view and download a single copy of the material on www.WallStreetOasis.com (the "Web Site") solely for your personal, noncommercial use. By using the Web Site you are giving the Company the sole right to use any and all content you generate or publish on the site for commercial, non-commercial or promotional purposes. This includes any and all forum posts, comments, blog posts or any other material you generate on the Web Site.

The contents of this Web Site, such as text, graphics, images, logos, button icons, software and other items (collectively, "Material"), are protected under both United States and foreign copyright, trademark and other laws. All Material is the property of the Company or its content suppliers or clients. The compilation (meaning the collection, arrangement and assembly) of all content on this Web Site is the exclusive property of the Company and protected by U.S. and international copyright laws. Unauthorized use of the Material may violate copyright, trademark, and other laws. You must retain all copyright, trademark, service-mark and other proprietary notices contained in the original Material on any copy you make of the Material. You may not sell or modify the Material or reproduce, display, publicly perform, distribute, or otherwise use the Material in any way for any public or commercial purpose. The use of the Material on any other web site or in a networked computer environment for any purpose is prohibited.

You shall not copy or adapt the HTML code that the Company creates to generate its pages. It is also protected by the Company?s copyright.

## Acceptable Site Use.

General Rules: Users may not use the Web Site in order to transmit, distribute, store or destroy material (a) in violation of any applicable law or regulation, (b) in a manner that will infringe the copyright, trademark, trade secret or other intellectual property rights of others or violate the privacy, publicity or other personal rights of others, or (c) that is defamatory, obscene, threatening, abusive or hateful.

Web Site Security Rules. Users are prohibited from violating or attempting to violate the security of the Web Site, including, without limitation, (a) accessing data not intended for such user or logging into a server or account which the user is not authorized to access, (b) attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization, (c) attempting to interfere with service to any user, host or network, including, without limitation, via means of submitting a virus to the Web Site, overloading, "flooding", "spamming", "mailbombing" or "crashing", (d) sending unsolicited e-mail, including promotions and/or advertising of products or services, or (e) forging any TCP/IP packet header or

any part of the header information in any e-mail. Violations of system or network security may result in civil or criminal liability. The Company will investigate occurrences which may involve such violations and may involve, and cooperate with, law enforcement authorities in prosecuting users who are involved in such violations.

## Specific Prohibited Uses.

The Company specifically prohibits any use of the Web Site, and all users agree not to use the Web Site, for any of the following:

Posting any incomplete, false or inaccurate biographical information or information which is not your own accurate resume Using any device, software or routine to interfere or attempt to interfere with the proper working of this Web Site or any activity being conducted on this site. Taking any action which imposes an unreasonable or disproportionately large load on this Web Site?s infrastructure. If you have a password allowing access to a non-public area of this Web Site, disclosing to or sharing your password with any third parties or using your password for any unauthorized purpose.

Notwithstanding anything to the contrary contained herein, using or attempting to use any engine, software, tool, agent or other device or mechanism (including without limitation browsers, spiders, robots, avatars or intelligent agents) to navigate or search this Web Site other than the search engine and search agents available from the Company on this Web Site and other than generally available third party web browsers (e.g., Netscape Navigator, Microsoft Explorer).

Attempting to decipher, decompile, disassemble or reverse engineer any of the software comprising or in any way making up a part of the Web Site. Aggregating, copying or duplicating in any manner any of the materials or information available from the Web Site. Framing of or linking to any of the materials or information available from the Web Site.

## User Information.

When you register for the Web Site, you will be asked to provide the Company with certain information including, without limitation, a valid email address (your "Information"). In addition to the terms and conditions that may be set forth in any privacy policy on this Web Site, you understand and agree that the Company may disclose to third parties, on an anonymous basis, certain aggregate information contained in your registration application. The Company reserves the right to offer third party services and products to you based on the preferences that you identify in your registration and at any time thereafter; such offers may be made by the Company

or by third parties. Please see the Company's Privacy Policy below for further details regarding your Information.

## Registration and Password.

You are responsible for maintaining the confidentiality of your information and password. You shall be responsible for all uses of your registration, whether or not authorized by you. You agree to immediately notify the Company of any unauthorized use of your registration or password.

## The Company's Liability.

As a condition to your use of this site, you release the Company (and our agents and employees) from claims, demands and damages (actual and consequential, direct and indirect) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes. If you are a California resident, you waive California Civil Code d1542, which says: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

We are under no legal obligation to, and generally do not, control the information provided by other users which is made available through the Web Site. By its very nature, other people's information may be offensive, harmful or inaccurate, and in some cases will be mislabeled or deceptively labeled. We expect that you will use caution and common sense when using this Web Site.

The Material may contain inaccuracies or typographical errors. The Company makes no representations about the accuracy, reliability, completeness, or timeliness of the Web Site or the Material. The use of the Web Site and the Material is at your own risk. Changes are periodically made to the Web Site and may be made at any time.

You acknowledge and agree that you are solely responsible for the content and accuracy of any resume or material contained therein placed by you on the Web Site and you agree to let any users that are identified as recruiters (designated in the sole discretion of the Company) to have access to your resume.

The Company is not to be considered to be an employer with respect to your use of the Web Site and the Company shall not be responsible for any employment decisions, for whatever reason made, made by any entity posting jobs on the Web Site.

THE COMPANY DOES NOT WARRANT THAT THE WEB SITE WILL OPERATE ERROR-FREE OR THAT THE WEB SITE AND ITS SERVER ARE FREE OF COMPUTER VIRUSES OR OTHER HARMFUL MECHANISMS. IF YOUR USE OF THE WEB SITE OR THE MATERIAL RESULTS IN THE NEED FOR SERVICING OR REPLACING EQUIPMENT OR DATA, THE COMPANY IS NOT RESPONSIBLE FOR THOSE COSTS.

THE WEB SITE AND MATERIAL ARE PROVIDED ON AN "AS IS" BASIS WITHOUT ANY WARRANTIES OF ANY KIND. THE COMPANY, TO THE FULLEST EXTENT PERMITTED BY LAW, DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING THE WARRANTY OF MERCHANTABILITY, FITNESS FOR PARTICULAR PURPOSE AND NON-INFRINGEMENT. THE COMPANY MAKES NO WARRANTIES ABOUT THE ACCURACY, RELIABILITY, COMPLETENESS, OR TIMELINESS OF THE MATERIAL, SERVICES, SOFTWARE, TEXT, GRAPHICS, AND LINKS.

## Disclaimer of Consequential Damages.

IN NO EVENT SHALL THE COMPANY, ITS SUPPLIERS, OR ANY THIRD PARTIES MENTIONED ON THE WEB SITE BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, INCIDENTAL AND CONSEQUENTIAL DAMAGES, LOST PROFITS, OR DAMAGES RESULTING FROM LOST DATA OR BUSINESS INTERRUPTION) RESULTING FROM THE USE OR INABILITY TO USE THE WEB SITE AND THE MATERIAL, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

## Links to Other Sites.

The Web Site may contain links to third party web sites. These links are provided solely as a convenience to you and not as an endorsement by the Company of the contents on such third-party Web sites. The Company is not responsible for the content of linked third-party sites and does not make any representations regarding the content or accuracy of materials on such third party Web sites. If you decide to access linked third party Web sites, you do so at your own risk.

No Resale or Unauthorized Commercial Use.

You agree not to resell or assign your rights or obligations under these Term of Use. You also agree not to make any unauthorized commercial use of the Web Site.

## Limitation of Liability.

Notifications Powered By

The aggregate liability for the Company to you for all claims arising from the use of the Materials is limited to $1.

## Termination.

The Company reserves the right, at its sole discretion, to pursue all of its legal remedies, including but not limited to immediate termination of your registration with or ability to access the Web Site and/or any other service provided to you by the Company, upon any breach by you of these Terms and Conditions or if the Company is unable to verify or authenticate any information you submit to the Web Site registration with or ability to access the Web Site.

## Indemnity.

You agree to defend, indemnify, and hold harmless the Company, its officers, directors, employees and agents, from and against any claims, actions or demands, including without limitation reasonable legal and accounting fees, alleging or resulting from your use of the Material or your breach of the terms of these Terms and Conditions. The Company shall provide notice to you promptly of any such claim, suit, or proceeding and shall assist you, at your expense, in defending any such claim, suit or proceeding.

## General.

The Company makes no claims that the Materials may be lawfully viewed or downloaded outside of the United States. Access to the Materials may not be legal by certain persons or in certain countries. If you access the Web Site from outside of the United States, you do so at your own risk and are responsible for compliance with the laws of your jurisdiction. These Terms and conditions are governed by the internal substantive laws of the State of New York, without respect to its conflict of laws principles. Jurisdiction for any claims arising under this agreement shall lie exclusively with the state or federal courts within New York, New York. If any provision of these Terms and Conditions are found to be invalid by any court having competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms and Conditions, which shall remain in full force and effect. No waiver of any term of these Terms and Conditions shall be deemed a further or continuing waiver of such term or any other term. Except as expressly provided in additional terms of use for areas of the Web Site a particular "Legal Notice," or Software License or Material on particular Web pages, these Terms and Conditions constitute the entire agreement between you and the Company with respect to the use of Web Site. No changes to these Terms and Conditions shall be made except by a revised posting on this page.

Notifications Powered By

## Courses, Certifications & Services

All WSO Courses & Certifications

WSO Elite Modeling Package

Financial Modeling Resources

Resume Review

Find a Mentor

WSO Alpha

The Talent Oasis

## Community

All Forums

All Events

WSO Resources

Finance Dictionary

WSO Editorial Board

Excel Resources

WSO Podcasts

WSO Newsletters

## Data, Reports & Resources

WSO Alpha

Industry Reports

Salary Data

Interview Data

Company Reviews

Free Templates

WSO Financial Aid Program

## Contact & Legal

About Us

WSO Careers

Contact Us

Terms of Service

Privacy Policy

Advertise with WSO

WSO Affiliate Program



Notifications Powered By

©2005-2023 Wall Street Oasis. All Rights Reserved.