# **<u>EXHIBIT L</u>**

```
1                IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

       UNITED STATES OF AMERICA,      :    CRIMINAL CASE NUMBER
4                PLAINTIFF            :
                                      :
5         VERSUS                      :    18-CR-368-1
                                      :
6       DAMILARE SONOIKI,             :
                    DEFENDANT         :
7      _____

8                                    JULY 29, 2021
                                     COURTROOM 10A
9                                    PHILADELPHIA, PA 19106

10
       _____
             BEFORE THE HONORABLE GENE E.K. PRATTER, J.
11     _____

12                          SENTENCING HEARING

13     APPEARANCES:

14     DAVID J. IGNALL, ESQUIRE
       EILEEN CASTILLA ZELEK, ESQUIRE
15     ASSISTANT UNITED STATES ATTORNEYS
       615 CHESTNUT STREET, SUITE 1250
16     PHILADELPHIA, PA 19106

17     COUNSEL FOR THE GOVERNMENT

18
                        LYNN GLIGOR, RMR
19                    OFFICIAL COURT REPORTER
                    ROOM 2609 U. S. COURTHOUSE
20                       601 MARKET STREET
                      PHILADELPHIA, PA 19106
21                        (856)649-4774

22
       PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
23     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

24

25
```

```
1                I'M GOING TO GIVE YOU AN OPPORTUNITY AS
2    PART OF THE GOVERNMENT'S MOTION ABOUT YOU BEING PREPARED
3    TO SUBSTANTIALLY ASSIST THE GOVERNMENT.  YOU NOW HAVE AN
4    OPPORTUNITY TO TELL ME THE SUBSTANCE OF WHAT IT IS YOU
5    WILL SAY AT A TRIAL IF A TRIAL IS NECESSARY AND IF YOU
6    ARE CALLED AS A WITNESS.
7                ARE WE ALL ON THE SAME PAGE, EVERYBODY?
8                MR. IGNALL:  YES, YOUR HONOR.
9                MR. WILSON:  YES, YOUR HONOR.
10               THE DEFENDANT:  YES, YOUR HONOR.
11               THE COURT:  WHY DON'T YOU COME UP AND GET
12   INTO THE WITNESS STAND THEN FOR THIS PURPOSE.
13   BY MR. WILSON:
14   Q.     SIR -- HE HAS BEEN SWORN, RIGHT?
15               THE COURT:  YES.
16   BY MR. WILSON:
17   Q.     MR. SONOIKI, IN 2013, DID YOU START A POSITION
18   AT GOLDMAN SACHS?
19   A.     YES.
20   Q.     AND HOW DID THAT COME ABOUT?
21   A.     I HAD INTERNED THERE THE PREVIOUS TWO SUMMERS.
22   Q.     IN 2013, THIS WAS AFTER YOUR COLLEGE CAREER WAS
23   AT AN END, CORRECT?
24   A.     CORRECT.
25   Q.     AND DO YOU REMEMBER WHAT MONTH YOU STARTED
```

```
 1    THERE?
 2    A.      LATE JUNE OR EARLY JULY.
 3    Q.      OF 2013?
 4    A.      YES.
 5    Q.      AND WHAT WAS YOUR POSITION AT GOLDMAN SACHS?
 6    A.      ANALYST.
 7    Q.      AND JUST BRIEFLY DESCRIBE WHAT YOUR DUTIES WERE
 8    AT GOLDMAN SACHS?
 9    A.      DOING FINANCIAL ANALYSIS AND PREPARING
10    PRESENTATION?  PREPARING FINANCIAL INFORMATION, YOU
11    KNOW, EXCEL AND POWERPOINT PRIMARILY.
12    Q.      AND WOULD YOU WORK WITH A PARTICULAR PARTNER OR
13    PARTNERS AT GOLDMAN SACHS?
14    A.      YES, IT'S VARIOUS ONES.  NOT CONSISTENTLY THE
15    SAME ONE, BUT DIFFERENT ONES.
16    Q.      OKAY.  DID THERE COME A TIME AT THE END OF 2013
17    THAT YOU MET MYCHAL KENDRICKS?
18    A.      YES.
19    Q.      HOW WAS IT THAT YOU MET HIM?
20    A.      WE MET AT A NEW YEAR'S EVE, I THINK.  MET ON NEW
21    YEAR'S EVE.
22    Q.      OKAY.  AND WERE THERE -- WAS THERE MUTUAL
23    ACQUAINTANCES OF YOURS AND HIS THAT WERE THERE THAT
24    INTRODUCED YOU TO HIM?
25    A.      YES.
```

```
1     Q.    DID YOU EXCHANGE CONTACT INFORMATION?
2     A.    YES.
3     Q.    DO YOU KNOW AT THAT TIME WHETHER MYCHAL
4  KENDRICKS WAS MADE AWARE THAT YOU WORKED IN NEW YORK
5  CITY AS A FINANCIAL ANALYST?
6     A.    I AM NOT SURE, I THINK HE MIGHT HAVE BEEN, YES.
7     Q.    OKAY.  DID YOU -- WHEN DID YOU NEXT HAVE CONTACT
8  WITH MYCHAL KENDRICKS AFTER THAT NEW YEAR'S EVE PARTY IN
9  2013?
10    A.    WE TEXTED SPORADICALLY FROM MARCH OF 2014 UNTIL
11 -- STARTING IN MARCH 2014 WE TEXTED SPORADICALLY AND
12 THEN WE MET IN PERSON IN JUNE OF 2014.
13    Q.    AND WHERE DID YOU MEET IN PERSON?
14    A.    IN NEW YORK.
15    Q.    WHERE -- WAS MYCHAL KENDRICKS LIVING IN NEW YORK
16 OR DID HE COME TO NEW YORK TO MEET YOU?
17    A.    HE CAME TO NEW YORK TO MEET ME.
18    Q.    OKAY.  AND THAT FIRST MEETING, WHAT HAPPENED
19 DURING THAT FIRST MEETING?  WERE YOU WITH HIM THE WHOLE
20 DAY OR OVERNIGHT?
21    A.    YEAH, I WAS WITH HIM THE -- WE MET -- HE CAME --
22 HE TOOK A TRAIN TO NEW YORK FROM PHILADELPHIA, AND THEN
23 WE MET AT THE TRAIN STATION.  AND WE ARE OUTSIDE THE
24 TRAIN STATION AND THEN WE WENT OUT MAYBE TO -- YOU KNOW,
25 WE WENT OUT TO MAYBE A SOCIAL PLACE, AND THEN HE STAYED
```

1 THINGS I HAVE KIND OF LEARNED OVER THE YEARS IS THAT ON
2 SOME LEVEL WE ARE ALL FAKING IT.
3     A.    RIGHT.
4     Q.    AND YOU LEARNED THAT LESSON BECAUSE YOU KNEW IN
5 YOUR HEART OF HEARTS AND IN YOUR MIND THAT WHILE
6 EVERYBODY ELSE THOUGHT YOU WERE SUCH A STAR, MAYBE TO
7 YOU, MAYBE I WILL GO FROM WEATHER TO ASTRONOMY, THAT
8 THERE ARE STARS AND THEN THERE ARE THINGS THAT SEEM TO
9 BE STARS AND THEY FLAME OUT. I CAN'T REMEMBER WHAT THEY
10 ARE, BUT THERE IS SOME ASTRONOMICAL WORD FOR THAT. AND
11 THAT'S TRUE OF ALL OF US.
12     A.    RIGHT.
13     Q.    EVEN YOU.
14     A.    NO, I AGREE. AND I THINK THAT I HAVE LEARNED
15 THAT, YOU KNOW, TRANSPARENCY IS IMPORTANT, YOU KNOW, AND
16 I THINK AT THAT ALL OF THESE STAGES I HID THINGS. I HID
17 THAT I HAD NOT GRADUATED. I HID THAT --
18     Q.    BY THE WAY, DID YOU EVER GO BACK AND GET A
19 DEGREE?
20     A.    I AM IN THE PROCESS OF THAT NOW.
21     Q.    LIKE HOW ARE YOU IN THE PROCESS?
22     A.    I HAVE BEEN APPLYING TO CERTAIN -- YOU KNOW,
23 MOREHOUSE, JUST A FEW PLACES WHERE I CAN GO REMOTELY.
24 NOW THAT I HAVE SOME INCOME TO PAY FOR IT, TO TRY AND
25 COMPLETE THAT.

1    Q.      BECAUSE YOU SHOULD NOT HAVE MUCH.  YOU SHOULD

2    NOT HAVE MUCH, RIGHT?

3    A.      YEAH, WELL --

4    Q.      TO COMPLETE IT AND GET A DEGREE?

5    A.      RIGHT.  RIGHT.  IT'S BEEN -- YEAH, IT'S BEEN

6    SOMETHING THAT IS -- OR YEAH, TO GET AN UNDERGRAD OR TO

7    GET A DEGREE.  BUT --

8    Q.      THEN YOU CAN ACTUALLY PUT ON A C.V. THAT YOU

9    GRADUATED FROM COLLEGE.

10   A.      RIGHT.

11   Q.      RIGHT?

12   A.      I AGREE.  I AM JUST -- I APOLOGIZE FOR BEING --

13   I PLANNED TO KIND OF READ THE STATEMENT, BUT I -- I FEEL

14   LIKE I HAVE EVERYTHING THAT I -- ALL OF THE MISTAKES

15   THAT I MADE, THE VERY STUPID THINGS THAT I DID, I HAVE,

16   YOU KNOW, TAKEN -- FIRST OF ALL, I ACKNOWLEDGE THAT AS

17   MUCH AS I CAN SAY OH, IT WAS BECAUSE OF THIS SITUATION,

18   ANYONE ELSE -- THERE ARE OTHER PEOPLE WHO IN THAT SAME

19   SITUATION WOULD HAVE DONE THE RIGHT THING, YOU KNOW,

20   WOULD NOT HAVE BROKEN THE LAW, WOULD HAVE SIMPLY

21   TRANSFERRED THEIR CREDITS ELSEWHERE, WOULD HAVE NOT

22   SPIRALED INTO SUCH FOOLISH BEHAVIOR.  AND SO I JUST WANT

23   TO SAY THAT THAT'S NOT AN EXCUSE.  I UNDERSTAND THAT

24   THAT WAS MY FAULT AND I AM NOT -- THAT DOES NOT, YOU

25   KNOW -- HOWEVER MANY OFFERS I LOST, HOWEVER MANY DEGREES

1    I DIDN'T GET, THAT'S NOT AN EXCUSE FOR WHAT I DID.  AND
2    I WANT TO BE VERY CLEAR ABOUT THAT, BECAUSE I KNOW THAT,
3    YOU KNOW -- AND I KNOW NOW, EVEN GOING THROUGH THIS
4    PROCESS, THAT THERE ARE ALWAYS OTHER OPTIONS.  YOU CAN
5    MOVE BACK HOME, YOU DON'T HAVE TO LIVE IN L.A.  YOU CAN
6    -- YOU DON'T HAVE TO WRITE FOR THE SIMPSONS, YOU KNOW,
7    THERE ARE OTHER OPTIONS.
8                    AND SO I THINK THAT, YOU KNOW, IN THIS
9    STORM, AS MY LAWYER HAS SAID, YOU KNOW, I HAVE TAKEN ALL
10   THE THINGS FROM THE PAST STORMS THAT I DID WRONG, WHICH
11   WAS HIDE AND BE -- YOU KNOW, PRETEND, PRETEND EVERYTHING
12   WAS OKAY, NOT ASK FOR HELP FROM PEOPLE BECAUSE I JUST --
13   I NEEDED THEM TO BELIEVE THAT I WAS THIS STAR, THAT
14   EVERYTHING -- NOTHING WENT WRONG FOR ME, THAT EVERYTHING
15   WAS JUST PERFECTLY FINE.  AND I HAVE COME AND SAID LOOK,
16   I WANT -- ON ONE LEVEL I DIDN'T HAVE A CHOICE,
17   OBVIOUSLY, BECAUSE THINGS ARE PROBABLY -- BUT I JUST
18   SAID, HEY, LOOK, THINGS ARE VERY DIFFICULT.  THE TWO
19   JOBS THAT, YOU KNOW, YOU HAVE SEEN THAT I HAD, YOU KNOW,
20   IN JANUARY I CALLED PEOPLE I KIND OF LOOKED UP TO THEM
21   AND KIND OF SAID, HEY, I NEED HELP.  I HAVE -- ASIDE
22   FROM THOSE TWO MONTHS FROM THE SHADE ROOM FOR THAT IN
23   LOS ANGELES, I HAD NOT REALLY WORKED SINCE.  AND I
24   ALWAYS THOUGHT BECAUSE PEOPLE IN ENTERTAINMENT WERE
25   FRIENDLY AFTERWARDS A LITTLE BIT.  I THOUGHT, I WILL --

1    THERE WILL BE ANOTHER OPEN DOOR AND THERE HASN'T.
2                    AND SO I HAD TO COME VERY MEEKLY AND VERY
3    HUMBLY AND SAY LOOK, THINGS ARE BAD RIGHT NOW.  THINGS
4    ARE NOT GOING WELL.  DO YOU HAVE -- IS THERE A COMPANY
5    THAT YOU CAN -- AND SOME SAY, OH, THERE'S A COMPANY IN
6    AUSTIN, THEY DO THIS AND THAT.  MAYBE YOU CAN HELP THEM
7    CRUNCH NUMBERS.  OR THERE'S A COMPANY THAT HELPS FELONS
8    FIND JOBS.  YOU CAN DO THAT.  SO I HAVE REALLY, REALLY
9    LEARNED TO, YOU KNOW -- I HAVE BEEN HUMBLED.  I HAVE
10   ALWAYS HAD --
11   Q.     SPEAKING OF THAT, I CANNOT HELP BUT WONDER WHAT
12   YOU WERE THINKING AS YOU LISTENED TO YOUR MOM AND YOUR
13   DAD AND YOUR COUSIN AND YOUR UNCLE AND YOUR AUNT SPEAK,
14   WHAT WAS GOING THROUGH YOUR HEAD?
15   A.     YOU SAW ME, I WAS CRYING.  I THINK A LOT OF
16   SORROW.  I THINK THAT -- YOU KNOW, LIKE MY -- OBVIOUSLY,
17   BREACHING THE TRUST OF THE FINANCIAL MARKETS IS ILLEGAL,
18   IS A CRIME, AND IT'S VERY SERIOUS.  BREACHING THE TRUST
19   OF MY PARENTS, BREACHING THE TRUST OF PEOPLE WHO TOOK ME
20   INTO THEIR HOME.  ALL OF THESE PEOPLE HAVE TAKEN ME INTO
21   THEIR HOMES.  THEY HAVE COOKED FOR ME, THEY HAVE BEEN
22   THERE FOR ME THROUGHOUT ALL OF THESE YEARS.  THEY HAVE
23   BEEN A TRIBE FOR ME AND THEY -- PEOPLE -- YOU KNOW, I
24   FELT SORROW, I JUST FELT GRIEF.  I THOUGHT JUST BECAUSE
25   MY -- I ALWAYS DREAMED OF THE DAY WHERE I COULD TELL MY