UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **DAMILARE SONOIKI,** | ) | **CIVIL CASE NO. 1:19-cv-12172** |
| | ) | |
| Plaintiff, | ) | **JUDGE LEO T. SOROKIN** |
| | ) | |
| v. | ) | |
| | ) | |
| **HARVARD UNIVERSITY, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND REMAINING SUMMARY JUDGMENT BRIEFING SCHEDULE BY SEVEN DAYS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiff Damilare Sonoiki and Defendants Harvard University, Harvard University Board of Overseers, and the President and Fellows of Harvard College (together, the "*Parties*") hereby jointly move this Court to extend the remaining briefing schedule for summary judgment motions, by seven (7) days.

The Parties make this request in good faith and not for purposes of delay. In support thereof, Plaintiff states that a member of Plaintiff's litigation team has suffered a close family death. The Parties aver that the proposed changes to the summary judgment briefing schedule will cause no prejudice to either Party.

For all of these reasons, the Parties respectfully request that the Court issue an Order amending the previously ordered deadlines as follows:

1

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| **Deadline for Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Submission of Joint Statement of Undisputed Facts** | **June 21, 2023** | **June 28, 2023** |
| **Deadline for Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment** | **July 12, 2023** | **July 19, 2023** |

At this time, the Parties do not request changes to any other deadlines currently set.

## **LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that, pursuant to D. Mass. Local Rule 7.1(a)(2), counsel for Plaintiff has conferred with Defendants' counsel. Plaintiff and Defendants jointly seek the relief requested in this motion.

Respectfully Submitted,

/s/ *Anna E. Bullock*
Susan C. Stone (*pro hac vice*)
Kristina W. Supler (*pro hac vice*)
Anna E. Bullock (*pro hac vice*)
KOHRMAN JACKSON & KRANTZ LLP
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
Email: scs@kjk.com; kws@kjk.com; aeb@kjk.com


Tara J. Davis (BBO # 675346)
NESENOFF & MILTENBERG, LLP
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com

*Attorney for Plaintiff Damilare Sonoiki*

*/s/ David Cohen* (via email consent)
Anton Metlitsky (*pro hac vice*)
ametlitsky@omm.com
David Cohen
dcohen@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:    (212) 326-2000
Facsimile:    (212) 326-2061

Apalla U. Chopra (*pro hac vice*)
achopra@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

Victoria L. Steinberg, BBO#666482
vsteinberg@clohertysteinberg.com
Rebecca M. O'Brien, BBO#693592
robrien@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
33 Arch Street, Suite 3150
Boston, MA  02110
Telephone:    (617) 481-0160

*Attorneys for Defendants,*
*Harvard University, Harvard University*
*Board of Overseers, and the President and*
*Fellows of Harvard College*

**CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this June 7, 2023.

                */s/ Anna E. Bullock*
                ANNA E. BULLOCK (*pro hac vice*)