UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAMILARE SONOIKI,

                Plaintiff,

    v.

                                              Civil Action No. 1:19-cv-12172-LTS

HARVARD UNIVERSITY, et al.,

                Defendants.

## PLAINTIFF'S ASSENTED-TO MOTION TO CONTINUE HEARING

Pursuant to Local Rule 40.3, Plaintiff Damilare Sonoiki respectfully requests that this Honorable Court grant a one-month continuance of the hearing set on Defendants' Motion for Summary Judgment (ECF No. 143), Motion to Limit Testimony of Dr. Laura Malowane (ECF No. 157), and Motion to Exclude Testimony of Plaintiff's Experts Steven D. Shedlin, Chad L. Staller, and Stephen M. Dripps (ECF No. 123). The hearing is presently set for November 7, 2023 at 10AM. No prior request for continuance of this hearing has been made. Plaintiff makes this request in good faith and not for purposes of delay. Plaintiff's counsel makes this request in light of travel required for other client matters. Plaintiff's counsel has conferred with Defendants' counsel and proposes the following alternative dates on which both are available:

- December 6, 2023
- December 7, 2023
- December 19, 2023
- December 20, 2023
- December 21, 2023

1

Plaintiff's counsel also respectfully requests a start time of 11AM or later to permit travel the day of the hearing.

Respectfully submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

*/s/      Susan C. Stone*
SUSAN C. STONE (*pro hac vice*)
KRISTINA W. SUPLER (*pro hac vice*)
ANNA E. BULLOCK (*pro hac vice*)
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
Email: scs@kjk.com; kws@kjk.com

**NESENOFF & MILTENBERG, LLP**

TARA J. DAVIS (BBO # 675346)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com

*Counsel for Plaintiff Damilare Sonoiki*

## CERTIFICATION PURSUANT TO LOC. R. 7.1(a)(2)

Plaintiff, through his undersigned counsel, conferred with the Defendants concerning the contents of Plaintiff's Motion for Leave, and Defendants' counsel has indicated that they assent to the relief requested herein.

/s/     *Susan C. Stone*
SUSAN C. STONE (*pro hac vice*)

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system on October 27, 2023.

                    */s/     Susan C. Stone*
                    SUSAN C. STONE (*pro hac vice*)