UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARVARD UNIVERSITY, et al.,<br><br>　　　　　Defendants. | Civil Action No. 1:19-cv-12172-LTS |

### UNOPPOSED MOTION TO EXCUSE LOCAL COUNSEL FROM PARTICIPATION IN HEARING ON MOTION FOR SUMMARY JUDGMENT

Plaintiff Damilare Sonoiki respectfully requests that this Honorable Court excuse his local counsel, Tara J. Davis, from participation in the Hearing on Motion for Summary Judgment (the "Hearing") scheduled for December 20, 2023. In support of this Motion, the Plaintiff states as follows:

1. Plaintiff's attorneys from Kohrman Jackson & Krantz LLP are each admitted to this court *pro hac vice*, have taken the lead role in this case, and are more familiar with its current status than local counsel.

2. Susan C. Stone and Kristina W. Supler from Kohrman Jackson & Krantz LLP intend to appear at the scheduled Hearing on Plaintiff's behalf. Plaintiff will also attend the scheduled Hearing.

1

Accordingly, Plaintiff respectfully requests that the Court excuse Ms. Davis from attendance at the Hearing.

Respectfully Submitted,

**KOHRMAN JACKSON & KRANTZ LLP**

/s/      *Susan C. Stone*
SUSAN C. STONE (*pro hac vice*)
KRISTINA W. SUPLER (*pro hac vice*)
ANNA E. BULLOCK (*pro hac vice*)
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
Email: scs@kjk.com; kws@kjk.com

**NESENOFF & MILTENBERG, LLP**

TARA J. DAVIS (BBO # 675346)
101 Federal Street, 19th Floor
Boston, Massachusetts 02110
Telephone: (617) 209-2188
Facsimile: (212) 736-2260
Email: Tdavis@nmllplaw.com
*Counsel for Plaintiff Damilare Sonoiki*

## CERTIFICATION PURSUANT TO LOC. R. 7.1(a)(2)

Plaintiff, through his undersigned counsel, conferred via email with the Defendants concerning the contents of Plaintiff's Motion, and Defendants' counsel has indicated that Defendants do not object to the relief requested herein.

*/s/    Susan C. Stone*
SUSAN C. STONE (*pro hac vice*)

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true copy of the above document upon all parties with an interest in this matter by electronically filing it through this Court's CM/ECF filing system this December 18, 2023.

/s/      *Susan C. Stone*
SUSAN C. STONE (*pro hac vice*)