UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAMILARE SONOIKI, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 19-12172-LTS |
| HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | ) |
| Defendants. | ) |

JUDGMENT

February 6, 2024

SOROKIN, J.

Pursuant to the Court's Order dated February 6, 2024 (Doc. No. 186), judgment is hereby entered in favor of Defendants on the only claim (Count One: Breach of Contract) in Plaintiff's Amended Complaint (Doc. No. 63). Each party shall bear its own fees and costs.[1]

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge

---

[1] All other claims brought in Plaintiff's original Complaint (Doc. No. 1) were previously resolved as expressed in the June 22, 2020, Memorandum and Order (Doc. No. 41), and affirmed by the United States Court of Appeals for the First Circuit in its June 14, 2022, Opinion and Mandate (Doc. Nos. 51, 53).