UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| Damilare Sonoiki | ) | |
| --- | --- | --- |
| | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | Civil Case No. 1:19-cv-12172 |
| Harvard University, et al. | ) | |
| | ) | |
| | ) | |

Dear Clerk of Court,

I am writing to respectfully request permission to e-file documents in the United States District Court for the District of Massachusetts as a pro se litigant. My request pertains to Civil Action No. 19-cv-12172 before the Honorable Leo T. Sorokin.

My initial request to e-file was rejected because I had legal representation. However, my representation has now informed the Clerk of Court that I intend to proceed pro se.

I kindly request the court to grant me the ability to e-file documents moving forward. This request is made with urgency due to the time constraint on filing the notice of appeal. Thank you for your time and consideration.

Sincerely,
Damilare Sonoiki