UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAMILARE SONOIKI,<br><br>   Plaintiff,<br><br>  v.<br><br>HARVARD UNIVERSITY, HARVARD UNIVERSITY BOARD OF OVERSEERS, and THE PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Defendants. | Civil Action No. 1:19-cv-12172 |

## MOTION TO PROCEED IN FORMA PAUPERIS

The Plaintiff, Sonoiki, proceeding pro se, and pursuant to 28 U.S.C. § 1915, respectfully requests that the Court grant him permission to proceed in forma pauperis due to his financial condition. In support of his motion, Sonoiki states as follows:

1. The Plaintiff has incurred substantial expenses over the course of this litigation, which was filed in 2019, dismissed in 2020, overturned on appeal in 2022, and most recently thrown out on Summary Judgment in 2024.

2. As a result of the lengthy litigation, Sonoiki has exhausted his financial resources. This hardship is compounded by lost income and career impairment, directly attributable to the ongoing legal battle with Harvard University.

WHEREFORE, Sonoiki respectfully requests that this Court grant his Motion to Proceed In Forma Pauperis.


Respectfully submitted,

Damilare Sonoiki